# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:                                          CASE NUMBER: 18-11094

TERENCE SOILEAU                        CHAPTER 13

DEBTOR                                        SECTION "A"

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE

**NOW INTO COURT** through undersigned counsel, comes Terence Soileau, Debtor herein, who responds to the Motion to Dismiss filed by S. J. Beaulieu, Chapter 13 Trustee as follows:

1.

Debtor filed his Chapter 13 bankruptcy petition on April 26, 2018.

2.

On December 14, 2018, the Chapter 13 Trustee filed a Motion to Dismiss the Debtor's case based upon Failure to Make Plan Payments (P-43).

3.

Debtor will bring his plan payments current by or before the Hearing date.

WHEREFORE, for the forgoing response, Debtor's counsel responds as set forth above, and moves for all other relief as is just and equitable.

THE DE LEO LAW FIRM LLC

/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664 Telephone
(985) 727-4388 Facsimile
elaine@northshoreattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the Response to the Trustee's Motion to Dismiss has been served via electronic filing and/or mailed, postage prepaid this 15th day of January, 2019, to the following:

| | |
|---|---|
| S. J. Beaulieu, Trustee | ecf@ch13no.com |
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |

THE DE LEO LAW FIRM LLC

/s/ Robin De Leo
Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664 Telephone
(985) 727-4388 Facsimile