**Form odc13dn**

## United States Bankruptcy Court
### Eastern District of Louisiana

**IN THE MATTER OF**  **CASENUMBER**

Terence Soileau  18–11094

**DEBTOR(S)**  CHAPTER 13   SECTION A

## ORDER

Hearing on the Chapter 13 Trustee's Motion to Dismiss Case was held on 22nd day of January 2019 .

   Failure to Make Plan Payments

Present at the hearing:

  Robin R. DeLeo, Counsel for Debtor(s)

  Andrew Wiebelt Jr, Counsel for Chapter 13 Trustee

The Court having considered the merits of the Motion, the record herein, the argument of counsel, as well as the evidence, stipulations, and representations made; and,

For the reasons orally stated,

**IT IS ORDERED** that the Chapter 13 Trustee's Motion to Dismiss Case is **DENIED**.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

  New Orleans, Louisiana, January 24, 2019.

                                        Hon. Elizabeth W. Magner
                                        United States Bankruptcy Judge